SEALED

FILED
July 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MGR_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) ZOE CUNNINGHAM,<br>(2) DAVID HERNANDEZ<br>    AKA "DEL RIO",<br>(3) JESSICA MCKOWN,<br>(4) CURTIS PLATT,<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>(6) ANNETTE LEOS,<br><br>Defendants. | SA:25-CR-00133 OLG<br><br>**SUPERSEDING INDICTMENT**<br><br>**COUNT 1:** 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)/(B), Conspiracy to Possess with Intent to Distribute Methamphetamine;<br><br>**COUNT 2:** 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)/(C), Conspiracy to Possess with Intent to Distribute Heroin;<br><br>**COUNT 3:** 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C), Conspiracy to Possess with Intent to Distribute Fentanyl;<br><br>**COUNT 4:** 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), Possession with Intent to Distribute Carfentanil;<br><br>**COUNT 5:** 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) Possession with Intent to Distribute Methamphetamine. |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)/(B)]**

That beginning on or about December 1, 2024, and continuing through on or about June 18, 2025, in the Western District of Texas, Defendant,

**(1) ZOE CUNNINGHAM**

1

**(2) DAVID HERNANDEZ AKA "DEL RIO"**
**(3) JESSICA MCKOWN**

knowingly and intentionally conspired, confederated, and agreed together, and with others, to possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)/(B).

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of methamphetamine which involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
| --- | --- |
| (1) ZOE CUNNINGHAM | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine its salts, isomers, and salts of its isomers; |
| (2) DAVID HERNANDEZ AKA "DEL RIO" | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine its salts, isomers, and salts of its isomers; |
| (3) JESSICA MCKOWN | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine its salts, isomers, and salts of its isomers; |
| ▓▓▓▓▓▓ | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine its salts, isomers, and salts of its isomers; |

**COUNT TWO**
**[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B)/(C)]**

That beginning on or about December 1, 2024, and continuing through on or about June 18, 2025, in the Western District of Texas, Defendant,

**(1) ZOE CUNNINGHAM**
**(2) DAVID HERNANDEZ AKA "DEL RIO"**

**(4) CURTIS PLATT**
**(6) ANNETTE LEOS**

knowingly and intentionally conspired, confederated, and agreed together, and with others, to possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)/(C).

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of Heroin which involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
|---|---|
| (1) ZOE CUNNINGHAM | 100 grams or more of a mixture or substance containing a detectable amount of Heroin; |
| (2) DAVID HERNANDEZ AKA "DEL RIO" | 100 grams or more of a mixture or substance containing a detectable amount of Heroin; |
| (4) CURTIS PLATT | A mixture or substance containing a detectable amount of Heroin; |
| (6) ANNETTE LEOS | A mixture or substance containing a detectable amount of Heroin; |

**COUNT THREE**
**[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(C)]**

That beginning on or about December 1, 2024, and continuing through on or about June 18, 2025, in the Western District of Texas, Defendant,

**(1) ZOE CUNNINGHAM**
**(2) DAVID HERNANDEZ AKA "DEL RIO"**
**(3) JESSICA MCKOWN**
**(4) CURTIS PLATT**

knowingly and intentionally conspired, confederated, and agreed together, and with others, to possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Fentanyl, (N-Phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
## [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

That on or about February 6, 2025, in the Western District of Texas, Defendant,

### (2) DAVID HERNANDEZ AKA "DEL RIO"

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 10 grams or more of a mixture or substance containing a detectable amount of Carfentanil, an analogue of Fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FIVE
## [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

That on or about February 5, 2025, in the Western District of Texas, Defendant,

### (4) CURTIS PLATT

knowingly and intentionally possessed with intent to distribute over 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## PENALTY ENHANCEMENTS

### (2) DAVID HERNANDEZ AKA "DEL RIO"

Before **(2) DAVID HERNANDEZ AKA "DEL RIO"** committed the offenses charged in all of the counts in which he is named herein, **(2) DAVID HERNANDEZ AKA "DEL RIO"** had a final conviction for a serious drug felony within the meaning of 21 U.S.C.§§ 802(57), namely, Possession with Intent to Distribute 50 grams or more of a mixture or substance containing a

detectable amount of Methamphetamine under Title 21 United States Code, Sections 841(a)(1) and (b)(1)(B), in the United States District Court for the Northern District of Texas, in cause number 4:06-CR-00021 Y(1) for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

### (4) CURTIS PLATT

Before **(4) CURTIS PLATT** committed the offenses charged in all the counts in which he is named herein, **(4) CURTIS PLATT** had a final conviction for a serious drug felony within the meaning of 21 U.S.C.§§ 802(57), namely, Possession with Intent to Distribute 50 grams or more of Methamphetamine, aiding and abetting under Title 21 United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18 United States Code, Section 2, in the United States District Court for the Western District of Texas, in cause number 5:21-CR-00424 FB(1), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL

███████████████████████
FOREPERSON OF THE GRAND JURY


JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
FOR AMY MARIE WALKER
Assistant United States Attorney